DOCKET COPY

# Pro Hac Vice Receipt Copy

```
DUPLICATE

Court Name: TEXAS WESTERN
Division: 5
Receipt Number: 500050694
Cashier ID: fsweeney
Transaction Date: 08/29/2019
Payer Name: SALAMIRAD MORROW TIMPANE
------------------------------------
PRO HAC VICE
 For: TERESA L. POLK
 Case/Party: D-TXW-5-08-LB-000000-001
 Amount:         $100.00
------------------------------------
PAPER CHECK
 Check/Money Order Num: 6526
 Amt Tendered:   $100.00
------------------------------------
Total Due:       $100.00
Total Tendered:  $100.00
Change Amt:      $0.00

PRO HAC VICE FOR TERESA L. POLK ON
CASE 5:18-CV-462-JKP, CIBC BANK USA
V. ISI SECURITY GROUP, INC., ET AL.
```